UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiffs.

      v.

LESTER B. CARLOS,

        Defendants.

Case No.  3:03-FJ-00040

**ORDER TO SHOW CAUSE**

      IT IS HEREBY ORDERED that Defendant Lester B. Carlos appear on **January 31, 2020, at 9:30 a.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why Defendant Lester B. Carlos should not be held in contempt of Court, and be subject to other sanctions, including, but not limited to the issuance of a Bench Warrant, for failure to appear at the Judgment Debtor Examination as ordered by the Court on October 3, 2019.   The Judgment Debtor Examination is continued to **January 31, 2020**, **at 9:30 a.m.**

      IT IS SO ORDERED.

Dated:  November 19, 2019

_____
JOSEPH C. SPERO
United States Magistrate Judge